

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2020

No. 04-20-00113-CR

William Patrick **RIDLEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A19-181
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant William Patrick Ridley was convicted of assault causing bodily injury (family violence), and the trial court imposed sentence on November 21, 2019. Appellant timely filed a motion for new trial which extended the deadline to file a notice of appeal to February 19, 2020. *See* TEX. R. APP. P. 26.2(a)(2).

On February 20, 2020, the day after the deadline, Appellant filed a motion for extension of time to file a notice of appeal in this court. *See id.* R. 26.3.

Appellant's motion for extension of time to file a notice of appeal is GRANTED. Appellant's notice of appeal is due not later than March 5, 2020. *See* TEX. R. APP. P. 26.3; *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2020.



Michael A. Cruz,
Clerk of Court